IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA

ROSIE RUSSAW, as personal representative\*
Of the Estate of JOHN WILLIAMS, deceased,\*
                                          \*

      PLAINTIFF,                       \*

                                          \*

        v.                            \*     CASE NO. CV-06-82

MERCK & CO., INC., a foreign Corporation; \*
ANNE BRANDON, an Individual; MARK M. \*
SANDERS, an Individual; TONYA M. \*
LOCKLIN, an Individual; JOE D. READ, an \*
Individual; THEODORE R. BOWSER, II, an \*
Individual; ERIC RALPH PAYNE, an \*
Individual; and fictitious defendants A, B, \*
C & D, being those persons, firms or \*
corporations whose fraud, scheme to \*
defraud, and/or other wrongful conduct \*
caused or contributed to the Plaintiff's \*
injuries and damages, and whose true \*
names and identities are presently \*
unknown To Plaintiff, but will be \*
substituted by Amendment when \*
ascertained. \*
                                          \*

      DEFENDANTS.                  \*

TO:   Judge
       Circuit Court of Barbour County
       303 E. Broad Street
       Eufaula, AL 36027

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached hereto as Exhibit A.



EXHIBIT B

Respectfully submitted this the 21st day of June, 2006.

_____
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

> Andy D. Birchfield, Jr., Esquire
> J. Paul Sizemore, Esquire
> Benjamin L. Lockler, Esq.
> BEASLEY, ALLEN, CROW,
> METHVIN, PORTIS & MILES, P. C.
> Montgomery, Alabama 36103-4160

by placing a copy of same in the United States mail, postage prepaid, this the 21st day of June, 2006.

_____
OF COUNSEL