IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, as personal representative* Of the Estate of JOHN WILLIAMS, deceased,* <br> * <br> PLAINTIFF, * <br> * <br> v. * <br> * <br> MERCK & CO., INC., a foreign Corporation; * <br> ANNE BRANDON Individual; MARK M. * <br> SANDERS, an Individual; TONYA M. * <br> LOCKLIN, an Individual; JOE D. READ, an * <br> Individual; THEODORE R. BOWSER, II, an * <br> Individual; ERIC RALPH PAYNE, an * <br> Individual; and fictitious defendants A, B, * <br> C & D, being those persons, firms or * <br> corporations whose fraud, scheme to * <br> defraud, and/or other wrongful conduct * <br> caused or contributed to the Plaintiff's * <br> injuries and damages, and whose true * <br> names and identities are presently * <br> unknown To Plaintiff, but will be * <br> substituted by Amendment when * <br> ascertained. * <br> * <br> DEFENDANTS. * | CASE NO. 2:06cv557·WKW <br><br> Removed from Circuit Court <br> of Barbour County (Eufaula), <br> AL; CV-06-82 |

## MOTION TO DISMISS THEODORE R. BOWSER, II

Without waiving any other defense he may have to this lawsuit, Defendant Theodore R. Bowser, II moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Defendant Bowser states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal dated June 21, 2006.

Respectfully submitted, this the 21ST day of June, 2006.

_____
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Andy D. Birchfield, Jr., Esquire
    J. Paul Sizemore, Esquire
    Benjamin L. Lockler, Esq.
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
    Montgomery, Alabama 36103-4160

by placing a copy of same in the United States mail, postage prepaid, this the 21ST day of June, 2006.

_____
OF COUNSEL