IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, | ) |
| | ) |
|     Plaintiff | ) |
| v. | )   CASE NO. 3:06-cv-557-MEF |
| | ) |
| MERCK & CO., INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this Court's order dated July 28, 2006 (Doc. #11) is VACATED.

DONE this 28th day of June, 2006.

                                    /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE