IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO. 3:06-cv-557-MEF |
| ) | |
| MERCK & CO., INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay All Proceedings (Doc. #2) filed on June 21, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before July 10, 2006 as to why the motion should not be granted.

DONE this 28th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE