**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROSIE RUSSAW, as personal** | * | |
| **representative of the Estate of** | * | |
| **JOHN WILLIAMS, deceased,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **v.** | * | **CASE NO. 2:06cv557** |
| | * | |
| **MERCK & CO., INC., et al.,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

**PLAINTIFF'S MOTION TO REMAND**

COMES NOW the Plaintiff, Rosie Russaw, as personal representative of the Estate of John William, deceased, by and through her counsel of record, and respectfully requests this Court to remand the above cause to the Circuit Court of Barbour County, Alabama. The Defendants have failed to establish that this cause falls under the jurisdiction of the federal courts. Plaintiff brings this motion pursuant to 28 U.S.C. § 1447, and in further support hereof, states as follows:

1.    This Court lacks jurisdiction over this matter, in that the Court could not have had "original" jurisdiction over this matter, had the Plaintiff elected to file the cause in federal court, as required by 28 U.S.C. § 1441.

2.    This cause does not present any federal questions which would invoke this Court's jurisdiction over these proceedings, as permitted by 28 U.S.C. § 1331. State law predominates over the issues in this cause.

3.    Furthermore, six of the named Defendants share the same state citizenship as the Plaintiff. Plaintiff and Defendants, Anne Brandon, Mark M. Sanders, Tonya M.

Locklin, Joe D. Read, Theodore R. Bowser, II, Eric Ralph Payne, are residents of the State of Alabama. As such, complete diversity of citizenship, as mandated by 28 U.S.C. § 1332 is absent.

4.    Defendant Merck's assertion that the Plaintiff has fraudulently joined the in-state, individual Defendants is without merit and is unsupported by the evidence in this cause. Plaintiff in her state court complaint has averred viable claims under Alabama law against all Defendants, and, as such, all Defendants are properly joined to this action. Defendant Merck has failed to establish that Alabama residents, Anne Brandon, Mark M. Sanders, Tonya M. Locklin, Joe D. Read, Theodore R. Bowser, II, Eric Ralph Payne, were fraudulently joined by the Plaintiff for the purpose of defeating federal jurisdiction.

For the reasons stated above and in the accompanying Brief in Support of Motion to Remand, Plaintiff urges the Court to remand this action to the Circuit Court of Barbour County, Alabama.

Respectfully submitted this 30th day of June, 2006.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**W. ROGER SMITH, III (SMI257)**
**Attorneys for the Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the 30th day of June, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270


    /s/ Benjamin L. Locklar
**OF COUNSEL**