IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, as personal representative of the Estate of JOHN WILLIAMS, deceased,<br><br>PLAINTIFF,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>DEFENDANTS. | *<br>*<br>*<br>*<br>*<br>*<br>*   CASE NO. 2:06cv557<br>*<br>*<br>*<br>* |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS MARK M. SANDERS

COMES NOW Plaintiff, Rosie Rusaw, as personal representative of the Estate of John Williams, deceased, and in response to Defendants Mark M. Sanders' Motion to Dismiss, and states as follow:

1. Defendant's scant motion is due to be **DENIED**.

2. Plaintiff has adequately pleaded viable claims against this in-state resident Defendant.

3. Plaintiff adopts and incorporates herein the arguments in Plaintiff's Brief in Support of Motion to Remand filed contemporaneously herewith.

Respectfully submitted this the 30th day of June, 2006.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ004)
BENJAMIN L. LOCKLAR (LOC009)
W. ROGER SMITH, III (SMI257)
Attorneys for Plaintiff**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 30th day of June, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270

/s/ Benjamin L. Locklar
**OF COUNSEL**