IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO. 3:06-cv-557-MEF |
| ) | |
| MERCK & CO., INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #14) filed on June 30, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before July 24, 2006. The plaintiff may file a reply brief on or before July 31, 2006.

DONE this the 12th day of July, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE