IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE RUSSAW, as Personal Representative of the Estate of John Williams, deceased, )<br><br>Plaintiff )<br>v. )<br>)<br>MERCK & CO., INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:06-cv-557-MEF |

## **O R D E R**

This cause is before the Court on the Motion by Defendant Merck & Co., Inc. to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 2) filed on June 21, 2006. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

(1) The Motion by Defendant Merck & Co., Inc. to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 2) is GRANTED and this case is STAYED pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

(2) A ruling on Plaintiff's Motion for Remand (Doc. # 14) filed by Plaintiff on June 30, 2006 is WITHHELD pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this the 1st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE